Roger N. COBB, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 417, 2016

Supreme Court of Delaware.

Submitted: September 29, 2016
Decided: January 4, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 89K02081DI

AFFIRMED.

Joseph A. CUNNINGHAM,
Jr., Defendant Below,
Appellant,

v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION JP MORGAN CHASE,
Plaintiff Below, Appellee.

No. 492, 2016

Supreme Court of Delaware.

Submitted: October 17, 2016
Decided: January 6, 2017

Court Below—Superior Court of the
State of Delaware, C.A. No. N12L–11–093

DISMISSED.

1. The Court previously assigned pseudonyms
to the parties under Supreme Court Rule 7(d).

Amy ROBINSON,[1] Respondent
Below, Appellant,

v.

Karen SMART, Petitioner
Below, Appellee.

No. 128, 2016

Supreme Court of Delaware.

Submitted: October 31, 2016
Decided: January 9, 2017

Court Below—Family Court of the State
of Delaware, File No. CK14–02074, Peti-
tion No. 15–07855

AFFIRMED.